ANDREA T. MARTINEZ, United States Attorney (#9313)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
FEB 16 '22 PM 12:51

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. DEN ANTHONY WARD, Defendant. | INDICTMENT  Count 1: 18 U.S.C. § 922(g)(8), Possession of Firearms and Ammunition While Subject to a Protective Order  Case: 1:22-cr-00021 Assigned To : Parrish, Jill N. Assign. Date : 2/16/2022 |
|---|---|

The Grand Jury charges:

<u>COUNT 1</u>
18 U.S.C. § 922(g)(8)
(Possession of Firearms and Ammunition While Subject to a Protective Order)

On or about October 26, 2021, in the District of Utah,

DEN ANTHONY WARD,

defendant herein, knowing he was subject to a court order issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from attempting, committing, or threatening to commit domestic violence or abuse against a child of an intimate partner, and by its terms explicitly prohibited the use,

attempted use, or threatened use of physical force against such intimate partner and child, did knowingly possess firearms and ammunition, to wit:

- .22 Heritage
- S & W .38 Bo-Mar
- High Point 995 Model A38061
- Taurus PT738
- SCCY CPX-91mm
- Henry Repeating Arms .22 Long Rifle
- Stevens Savage Model 320 12-gauge shotgun
- Taurus .45 cal.
- Ruger .22 LR Bolt Action
- Norinco SKS Serial #8804855
- Ruger .22 Long Rifle
- Dekya Arms .410 Single Shot
- Steven Savage Mod. 320 20-gauge
- Henry Repeating .22 rifle
- Hatfield 12-gauge shotgun
- Tristar 12-gauge shotgun
- Mosin Naganf PW Arms
- Mossburg 6.5 Creedmore Bolt
- Ruger 308 Winchester

- Remington 722 .222 Remington

- Ruger 350 Legend

- Mossburg Blaze 22 Long Semi Auto

- Rossy 44 mag lever action

- Ruger .223 Bolt

- Glenfield Mod 75 .22

- Ruger Bolt Action Rifle

- Ithaca Mod 49 .22

- Mossburg 715T mod .22

- Anderson Manufacturing Semi Auto AR

- Ruger 10-22

- Heritage .22 Revolver

- 20-gauge Tradition Shotgun

- Ruger 10-22

- Rossi Semi Auto .22

- Miscellaneous Ammunition

and the firearms and ammunition were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(8).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922, the defendant shall forfeit to the United States of

3

America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- one Heritage .22 caliber, SN:3HR000673;
- one S&W .38 caliber Bo-Mar;
- one High Point 995 Model SN: A38061;
- one Taurus PT738, SN: 19259P;
- one SCCY CPX-91mm, SN: 465601;
- one pack of Green Military SKS ammunition;
- one Henry Repeating Arms .22 caliber long rifle, SN: US21319;
- one Stevens Savage Model 320 12-gauge shotgun, SN: 205292J;
- one Taurus .45 caliber handgun, SN: ACC695753;
- one Ruger .22 caliber bolt action long rifle, SN: 83504690;
- one SKS Norinco rifle, SN: 8804855;
- one Ruger .22 caliber long rifle, SN:83504659;
- one Derya Arms .410-gauge single shot shotgun, SN: R220643;
- one Steven Savage 320 20-gauge shotgun, SN: 203142B;
- one Henry Repeating .22 rifle, SN: 1090116H;
- one Hatfield 12-gauge shotgun, SN: 12A20-002387;
- one Tristar 12-gauge shotgun, SN: KRA097244;
- one Mosin Nagant PW Arms rifle, SN: RMN086712;
- one Mossberg 6.5 Creedmoor Bolt-Action rifle, SN: MPR0200434;

- one Ruger 308 Winchester rifle, SN: 690805341;
- one Remington 722 .222 rifle, SN: 407397;
- one Ruger 350 Legend rifle, SN: 690568998;
- one Mossberg Blaze .22 LR semi-auto rifle, SN: RA0036329;
- one Rossi 44 mag lever action rifle, SN: 7CR044226P;
- one Ruger 223 Bolt-Action rifle, SN: 690562926;
- one Marlin Glenfield Mod 75 .22 rifle, SN: 26314445;
- one Ruger Bolt-Action rifle, SN: 841-55445;
- one Ithaca Mod 49 .22 rifle, SN: 490407098;
- one Mossberg Mod 715T .22 rifle, SN: EMH3881411;
- one Anderson Manufacturing AR semi-auto rifle, SN: 18059650;
- one Ruger 10-22 semi-auto rifle, SN: 0009-28110;
- one Heritage .22 revolver, SN: 3HR020326;
- one Tradition 20-gauge shotgun, SN: R086013;
- one Ruger 10-22 semi-auto rifle, SN: 49309071;
- one Rossi .22 semi-auto rifle, SN: 7CA193122N;
- Miscellaneous ammunition; and

- any other associated ammunition and/or magazines.

A TRUE BILL:

_____/S/_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

_____
KARIN M. FOJTIK
Assistant United States Attorney